AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of

MASSACHUSETTS

## SUMMONS IN A CIVIL CASE

WAYNE REGO, Individually, and as Father and Next Friend of FELICIA ANN REGO, a Minor

V. POWDER HORN FAMILY CAMPING RESORT, INC. and ARCTIC PRODUCTS, INC.

CASE NUMBER: 03 12608 RWZ

RECEIVED
FEB 09 2004
COLE COUNTY
SHERIFF'S OFFICE

TO: (Name and address of Defendant)

ARCTIC PRODUCTS, INC.
1412 CREEK TRAIL DRIVE
JEFFERSON CITY, MO

Registered Agent: Stephen G. Newman
601 Monroe, Suite 301, POB 537
Jefferson City, MO 65102

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

NEIL S. COHEN, ESQUIRE
LAW OFFICES of JEFFREY S. GLASSMAN, L.L.P.
ONE BEACON STREET
SUITE 3333
BOSTON, MA 02108

an answer to the complaint which is herewith served upon you, within   TWENTY   (20)   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE   DEC 28 2003

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 2-19-04 @ 1025 |
| NAME OF SERVER (PRINT) DINKINS JOHN P. | TITLE DEPUTY SHERIFF |

Check one box below to indicate appropriate method of service

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED ARCTIC PRODUCTS, INC. C/O STEPHEN G. NEWMAN, DESIGNEE

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $20.00 | TOTAL $20.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2-19-04
Date

Signature of Server: [signed] John P. Dinkins

Address of Server: 301 E. HIGH J.C. MO. 65101

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.