AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _Massachusetts_

| | | |
|---|---|---|
| WAYNE REGO, Individually, and as Father and Next Friend of FELICIA ANN REGO, a Minor | V. | POWDER HORN FAMILY CAMPING RESORT, INC. and ARCTIC PRODUCTS, INC. |

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 03  12608 RWZ

TO: (Name and address of Defendant)

POWDER HORN FAMILY CAMPING RESORT, INC.
48 CASCADE ROAD
OLD ORCHARD BEACH, ME 04064

Registered Agent:   JASON A. AHEARN
                    P.O. Box 366,
                    Old Orchard Beach, ME 04064

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

NEIL S. COHEN, ESQUIRE
LAW OFFICES of JEFFREY S. GLASSMAN, L.L.P
ONE BEACON STREET,
SUITE 3333
BOSTON, MA 02108

an answer to the complaint which is herewith served upon you, within ___TWENTY (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(By) DEPUTY CLERK

DEC 28 2003
DATE

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | February 19, 2004 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| John Dickens | Deputy Sheriff |

Check one box below to indicate appropriate method of service

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served Registered agent Jason A Ahearn for Defendant Powder Horn Family Camping Resort PO Box 366 Old Orchard Beach Maine 04064

### STATEMENT OF SERVICE FEES

| TRAVEL, Other, Adm, Postage 32.28 | SERVICES 32 — | TOTAL 64 28 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   2-19-04
                Date            Signature of Server

YORK COUNTY SHERRIFF'S OFFICE
CIVIL PROCESS DIVISION
Address of Server    1 LAYMAN WAY
ALFRED, MAINE 04002

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Wayne Rego                                          Powder Horn Family Camping Resort Inc

vs

Plaintiff                                                          Defendant

FILED
[CLERKS OFFICE]
2004 FEB 27 P 2:49
DISTRICT OF MASS

RETURN OF SERVICE WITHOUT THE STATE OF __MA__

State of Maine
York, ss

On this __19th__ day of __February__ __2004__, I gave in hand to __Jason A Ahearn registered Agent for Defendant above,__ of __PO Box 366 Old Orchard Beach, Maine 04064__ a copy of the _____ thereto of which the attached is a true copy. I am authorized to serve similar process in the county where service was made.

__John Dickens__           __Deputy Sheriff__        __Alfred Maine 04002__
(Signature of Deputy Sheriff)  (Official Title)       (Address of Official)

State of Maine
York, ss

Personally appeared __John Dickens__, Deputy Sheriff, and made oath that the above return by him signed is true. Before me,

__Claire L. Morin__           __Notary__        __P.O. Box 399 Alfred, Me 04002__
(Signature of Official)        (Official Title)  (Address of Official)

CLAIRE L. MORIN
Notary Public, Maine
My Commission Expires June 6, 2008

Certificate of County Clerk

State of Maine
York, ss

I __Daniel R. Adjutant__, County Clerk for the County of York in the State of Maine do hereby certify that __John Dickens__ whose name is subscribed to the foregoing return of service, was at the time of making the same, a deputy sheriff in and for said county and as such was duly authorized to serve similar process in said county

In witness whereof, I have hereto set my hand and official seal this __20th__ day of __February__ __2004__

__Daniel R. Adjutant__         __Cty Manager__       __Alfred, Me 04002__
(Signature of Clerk)          (Official Title)      (Address of Clerk)