UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WAYNE REGO, Individually, and as father and next friend of FELICIA ANN REGO, a minor<br>    Plaintiffs,<br><br>vs.<br><br>POWDER HORN FAMILY CAMPING RESORT, INC. and ARCTIC PRODUCTS, INC.<br>    Defendants. | C.A. NO: 03 CV 12608 RWZ |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance as attorney for the defendant, Arctic Products, Inc., in the above-captioned matter.

*Beth Brennan O'Donnell* (signature)
Beth Brennan O'Donnell, Esq.
BBO #: 655538
Gallagher & Cavanaugh, LLP
Boott Cotton Mills
100 Foot of John Street
Lowell, MA 01852
(978) 452-0522

Dated:

I HEREBY CERTIFY THAT ON 3/2/04 I SERVED THE FOREGOING ON ALL COUNSEL OF RECORD.

*Beth Brennan O'Donnell* (signature)

GALLAGHER &
CAVANAUGH LLP
COUNSELLORS AT LAW

BOOTT COTTON MILLS
100 FOOT OF JOHN ST.
LOWELL, MA 01852
978.452.0522
FAX 978.452.0482