UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WAYNE REGO, Individually, and as father and next friend of FELICIA ANN REGO, a minor<br>　　　Plaintiffs,<br><br>vs.<br><br>POWDER HORN FAMILY CAMPING RESORT, INC. and ARCTIC PRODUCTS, INC.<br>　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. NO: 03 CV 12608 RWZ<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION OF EXTENSION OF TIME FOR THE FILING OF AN ANSWER OF THE DEFENDANT, ARCTIC PRODUCTS, INC., TO THE COMPLAINT OF THE PLAINTIFFS, WAYNE REGO, INDIVIDUALLY, AND AS FATHER AND NEXT FRIEND OF FELICIA ANN REGO**

The plaintiffs, Wayne Rego, individually, and as father and next friend of Felicia Ann Rego, a minor, and the defendant, Arctic Products, Inc. ("Arctic Products"), parties to the above-captioned action, hereby stipulate that Arctic Products be allowed an extension of time for the filing of an Answer to the Complaint of the plaintiffs up to and including March 31, 2004.

Dated: 3/2/04

GALLAGHER &
CAVANAUGH LLP
COUNSELLORS AT LAW

BOOTT COTTON MILLS
100 FOOT OF JOHN ST.
LOWELL, MA 01852
978.452.0522
FAX 978.452.0482

| | |
|---|---|
| *Neil Cohen* (mcg) | *Michael W. Gay* |
| Neil S. Cohen | Michael W. Gallagher |
| BBO #: 561173 | BBO #: 183400 |
| Law Offices of Jeffrey S. Glassman, LLP | Beth Brennan O'Donnell |
| One Beacon Street | BBO #: 655538 |
| Suite 3333 | Gallagher & Cavanaugh, LLP |
| Boston, MA 02108 | Boott Cotton Mills |
| 617-367-2900 | 100 Foot of John Street |
| Attorney for the Plaintiffs, | Lowell, MA 01852 |
| Wayne Rego, individually, and | (978) 452-0522 |
| as father and next friend of | Attorneys for Defendant, |
| Felecia Ann Rego, a minor | Arctic Products, Inc. |

I HEREBY CERTIFY THAT ON 2/3/04 I SERVED THE FOREGOING ON ALL COUNSEL OF RECORD.

*Michael W. Gay*

GALLAGHER &
CAVANAUGH LLP
COUNSELLORS AT LAW

BOOTT COTTON MILLS
100 FOOT OF JOHN ST.
LOWELL, MA 01852
978.452.0522
FAX 978.452.0482