UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO. 03-12608 RWZ

| | |
|---|---|
| WAYNE REGO, Individually, and as father and next friend of FELICIA ANN REGO, a minor | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| POWDER HORN FAMILY CAMPING RESORT, INC. and ARCTIC PRODUCTS, INC., | )<br>)<br>)<br>) |
| Defendants. | ) |

## ASSENTED TO MOTION TO RE-SCHEDULE RULE 16B CONFERENCE

Now comes the Plaintiff in the above-captioned civil action and hereby files his Motion to Re-Schedule the Rule 16B Conference on the following grounds:

1. Plaintiff's attorney is currently on trial at Suffolk Superior Court, Ted Best v. Thea L. James, et al, Civil Action No.: 00-0742-E, and will not be available on April 29th, 2004 as this case is expected to last until the end of next week.

2. Defendant, Powder Horn Family Camping Resort, Inc. has not yet filed an Answer to Plaintiff's Complaint pursuant to an extension of 30 days granted by Plaintiff's attorney.

3. No prejudice to any party will occur if the Scheduling Conference is continued.

WHEREFORE, plaintiff requests that her motion to Re-Schedule the Rule 16B Conference be allowed.

Respectfully submitted by:
Plaintiff's Attorney

LAW OFFICES OF JEFFREY S. GLASSMAN, LLP

*/s/ Neil S. Cohen*

Neil S. Cohen, Esquire
BBO # 561173
One Beacon Street, Suite 3333
Boston, MA 02108
(617) 367-2900

Assented to by:
Attorney for Defendant, Powder Horn Family Camping Resort, Inc.

RYAN COUGHLIN & BETKE, LLP

*/s/ John J. Ryan, Jr.*

John J. Ryan, Jr. Esq.
BBO # 435620
175 Federal Street
Boston, MA 02110
(617) 988-8050

Assented to by:
Attorneys for Defendant, Arctic Products, Inc.

GALLAGHER & CAVANAUGH, LLP

*/s/ Michael W. Gallagher*

Michael W. Gallagher, Esq.
BBO # 183400
Beth Brennan O'Donnell, Esq.
BBO # 655538
Boott Cotton Mills
100 Foot of John Street
Lowell, MA 01852
(978) 452-0522

Dated: 4/23/04

2

## CERTIFICATE OF SERVICE

I, Neil S. Cohen, counsel for the Plaintiff, do hereby certify that on this 22nd day of April, I served the foregoing Assented to Motion to Re-Schedule Rule 16B Conference via U.S. first class mail, postage prepaid, to:

John J. Ryan, Jr. Esq.
RYAN COUGHLIN & BETKE, LLP
175 Federal Street
Boston, MA 02110

Counsel for Defendant,
Powder Horn Family Camping Resort, Inc.

Michael W. Gallagher, Esq.
Beth Brennan O'Donnell, Esq.
GALLAGHER & CAVANAUGH, LLP
Boott Cotton Mills
100 Foot of John Street
Lowell, MA 01852

Counsel for Defendant,
Arctic Products, Inc.

_____
Neil S. Cohen, Esquire