THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No: 03-12608RWZ

| | |
|---|---|
| WAYNE REGO, Individually, and as father and next friend of FELICIA ANN REGO, a minor, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| POWDER HORN FAMILY CAMPING RESORT, INC., and ARCTIC PRODUCTS, INC. | ) ) ) ) |
| Defendants. | ) ) |

## DEFENDANT POWDER HORN FAMILY CAMPING RESORT, INC.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND FOR FORUM NON CONVENIENS

Now comes the defendant Powder Horn Family Camping Resort, Inc. ("Powder Horn") and hereby moves pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(6) for lack of personal jurisdiction and failure to state a claim upon which relief can be granted. In the alternative, Powder Horn moves to dismiss plaintiff's complaint on the grounds of forum non conveniens pursuant to M.G.L. c. 223A, Sec. 5.

In support of its motion to dismiss, Powder Horn submits its memorandum of law in support of its motion to dismiss and Affidavit of David R. Ahearn.

WHEREFORE, Powder Horn Family Camping Resort, Inc. hereby respectfully requests that the plaintiff's complaint be dismissed for the reasons set forth herein and in its accompanying Memorandum of Law and Affidavit of David R. Ahearn.

Respectfully submitted,
The Defendant,
POWDER HORN FAMILY CAMPING RESORT, INC.
By their attorney,

/s/ Virginia Connelly
John J. Ryan, Jr., BBO# 435620
Virginia W. Connelly, BBO# 638371
Ryan, Coughlin & Betke, LLP
175 Federal Street
Boston, MA 02110
(617) 988-8050

**CERTIFICATE OF SERVICE**

I, Virginia W. Connelly, hereby certify that on April 28, 2004, I served a copy of the within document upon the plaintiff by serving its counsel first class mail, postage prepaid to: Neil S. Cohen, Law offices of Jeffrey S. Glassman, LLP, One Beacon Street, Suite 3333, Boston, MA 02108; Beth B. O'Donnell, Michael W. Gallagher, Gallagher & Cavanaugh LLP, Boott Cotton Mills, 100 Foot of John Street, Lowell, MA 01852.

/s/ Virginia Connelly
Virginia W. Connelly