THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WAYNE REGO, Individually, )<br>and as father and next friend )<br>of FELICIA ANN REGO, a minor, )<br>  )<br>       Plaintiff, )<br>  )<br>v. )<br>  )<br>POWDER HORN FAMILY CAMPING )<br>RESORT, INC., and )<br>ARCTIC PRODUCTS, INC. )<br>  )<br>       Defendants. )<br>  ) | Civil Action No: 03-12608RWZ |

### AFFIDAVIT OF DAVID R. AHEARN

I, David R. Ahearn, do hereby state and depose:

1. I am the owner/president of Powder Horn Family Camping, Inc., the defendant in the above-captioned lawsuit.

2. The defendant, Powder Horn Family Camping Resort, Inc. ("Powder Horn"), is a Maine corporation with its only place of business in Old Orchard Beach, Maine.

3. Powder Horn does not transact nor solicit business in Massachusetts.

4. All of the corporate officers of Powder Horn are residents of Maine.

5. Powder Horn was and has never been registered to do business in Massachusetts. Powder Horn has never paid any taxes in Massachusetts.

6. Powder Horn has never appointed an agent for service of process in Massachusetts.

7. Powder Horn maintains no offices, campgrounds or other places of business in Massachusetts.

8. Powder Horn has never maintained any bank accounts in Massachusetts.

9. Powder Horn does not mail brochures or other promotional material directly to persons in Massachusetts, unless specifically requested by a resident of the Commonwealth.

10. Powder Horn did not initiate any contact the plaintiff, Wayne Rego, by telephone or mail in Massachusetts at any time prior to July 31, 2002.

11. Powder Horn did not enter into any contract with Wayne Rego in Massachusetts.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 26 DAY OF April, 2004.

David R. Ahearn,
Owner/President Powder Horn Family Camping Resort, Inc.