THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WAYNE REGO, Individually,<br>and as father and next friend<br>of FELICIA ANN REGO, a minor,<br><br>Plaintiff,<br><br>v.<br><br>POWDER HORN FAMILY CAMPING<br>RESORT, INC., and<br>ARCTIC PRODUCTS, INC.<br><br>Defendants. | Civil Action No: 03-12608RWZ<br>BBO# 554526 |

## NOTICE OF APPEARANCE

TO THE CLERK IN THE ABOVE-ENTITLED COURT:

Please enter my appearance as attorney for the Defendant, Powder Horn Family Camping Resort, Inc., in the above-entitled matter.

Defendant,
POWDER HORN FAMILY CAMPING RESORT, INC.
By its attorney,

Emily G. Coughlin, BBO#554526
RYAN, COUGHLIN & BETKE, LLP
175 Federal Street
Boston, MA 02110
(617) 988-8050

Certificate of Service

I, Emily G. Coughlin, hereby certify that on May 13th, 2004, I served a copy of the within document upon the plaintiff by serving its counsel by hand and first class mail, postage prepaid to: Neil S. Cohen, Law offices of Jeffrey S. Glassman, LLP, One Beacon Street, Suite 3333, Boston, MA 02108; Beth B. O'Donnell, Michael W. Gallagher, Gallagher & Cavanaugh LLP, Boott Cotton Mills, 100 Foot of John Street, Lowell, MA 01852.

Emily G. Coughlin