THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WAYNE REGO, Individually, and as father and next friend of FELICIA ANN REGO, a minor,<br><br>Plaintiff,<br><br>v.<br><br>POWDER HORN FAMILY CAMPING RESORT, INC., and ARCTIC PRODUCTS, INC.<br><br>Defendants. | Civil Action No: 03-12608RWZ<br>BBO# 435620<br>BBO# 554526<br>BBO# 638371 |

### CERTIFICATION PURSUANT TO LOCAL RULE 16.1(3)

Counsel for defendant Powder Horn Family Camping Resort, Inc. (hereinafter "Powder Horn") hereby certifies that I have conferred with my client regarding establishing a budget for the costs of conducting the full course-and various alternative courses-of the litigation. I further certify that I have conferred with my client regarding resolution of the litigation through alternative dispute resolution programs.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY
THIS  13th  DAY OF May, 2004

Counsel for Powder Horn

John J. Ryan, Jr., Esq.
Emily G. Coughlin, Esq.
Virginia W. Connelly, Esq.
Ryan, Coughlin & Betke, LLP
175 Federal Street
Boston, MA 02110
(617) 988-8050