UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO. 03-12608 RWZ

| | |
|---|---|
| WAYNE REGO, Individually, and as father and next friend of FELICIA ANN REGO, a minor | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| POWDER HORN FAMILY CAMPING RESORT, INC. and ARCTIC PRODUCTS, INC., | ) ) ) ) |
| Defendants. | ) ) |

## JOINT MOTION TO TRANSFER

Now come the parties in the above-named civil action and move to transfer same to the United States District Court for the District of Maine and state as grounds the following:

1. Defendant, Powder Horn Family Resort Campground, is solely under the jurisdiction of the United States District Court for the District of Maine as it does not advertise or otherwise maintain any commercial connection to any other jurisdiction in the Unites States of America.

2. Furthermore, the event giving rise to this lawsuit occurred in the State of Maine.

3. The parties will not be prejudiced by transferring this action to the State of Maine.

WHEREFORE, the parties respectfully request that this motion to transfer be granted.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| By Plaintiff's Counsel | By Defendant's Counsel |
| LAW OFFICES OF JEFFREY S. GLASSMAN, LLP | GALLAGHER & CAVANAUGH, LLP |

*/s/ Neil S. Cohen/*
Neil S. Cohen, Esquire
BBO # 561173
One Beacon Street, Suite 3333
Boston, MA 02108
(617) 367-2900

*/s/ Michael W. Gallagher/* by MSC
Michael W. Gallagher, Esquire
BBO # 183400
Beth Brennan O'Donnell, Esquire
BBO # 655538
Boott Cotton Mills
100 Foot of John Street
Lowell, MA 01852
(978) 452-0522

Respectfully submitted,

By Defendant's Counsel

RYAN, COUGHLIN & BETKE, LLP

*/s/ Emily G. Coughlin/* by MSC
Emily G. Coughlin, Esquire
BBO # 554526
Virginia W. Connelly, Esquire
BBO # 638371
175 Federal Street
Boston, MA 02110
(617) 988-8050

DATED:   May 26, 2004